1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

**FILED**

SEP 2 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                 DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN RE: SEARCH WARRANT                )    CASE NO.
                                     )    2:11-SW-0414 KJN
                                     )
                                     )
                                     )    **SEALING ORDER**
_____      )

     Upon application of the United States of America and good cause
having been show,

     IT IS HEREBY ORDERED that the search warrant and search warrant
affidavit underlying the search warrant in the above-entitled
proceeding shall be filed under seal and shall not be disclosed to
any person, with the exception that a copy of the search warrant will
be left at the scene of the search, unless otherwise ordered by this
Court.

DATED:  September 29, 2011

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE